**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-CV-03247-WJM-STV

LAURA FLOWERS,

      Plaintiff,

v.

LOWE'S HOME CENTERS, LLC,
LOWE'S HIW, INC., and
JOHN DOE

      Defendants.

---

## JOINT MOTION TO AMEND SCHEDULING ORDER

---

      Plaintiff and Defendants, by and through their undersigned counsel, hereby submit their Joint Motion to Amend Scheduling Order as follows:

### Certification of Conferral

      This is a joint motion and therefore the motion will be unopposed.

### BACKGROUND

      1.      Pursuant to the applicable Scheduling Order, the following deadlines were established:

| | |
|---|---|
| **Plaintiff Expert Disclosures:** | **September 2, 2022** |
| **Defendant Expert Disclosures:** | **September 30, 2022** |
| **Rebuttal Expert Witness Disclosure:** | **November 4, 2022** |
| **Discovery Cut-Off:** | **November 18, 2022** |

**Dispositive Motion Deadline:**                      **December 23, 2022**

2.      The parties have been amicably working together thus far and have completed some written discovery and are working together to set depositions.   However, Plaintiff's claimed medical damages are extensive and complex and will likely require retention of experts in multiple specialties and require several expert depositions.  The parties have also scheduled mediation with a private mediator to occur on November 17, 2022.   It is the parties' hope and intention that they can conduct additional discovery and consult with experts prior to mediation but extend expert deadlines to allow for mediation before substantial expert costs are incurred.

3.      Therefore, both parties will mutually benefit from an extension of the current discovery and dispositive motion deadlines.  This will allow the parties to conduct depositions and expert discovery, and then attempt to resolve the case before incurring the time the expense of dispositive and Rule 702 motions. The parties believe extensions of these deadlines will help them to continue to facilitate and give them the best chance to work towards a resolution of this case.

4.      The parties have been working together well and have had no significant disputes in conducting written and other discovery in this case thus far. Counsel for both parties have thus conferred and agree that it would be prudent to amend the current scheduling order and extend remaining expert disclosure deadlines and discovery and dispositive motion deadlines as follows:

**Plaintiff's Expert Witness Disclosure:**          **December 5, 2022**

**Defendant Expert Witness Disclosure:**          **January 15, 2023**

**Rebuttal Expert Witness Disclosure:**           **February 13, 2023**

**Discovery Cut-Off:**                             **January 17, 2023**

**Dispositive Motion Deadline:**                   **March 1, 2023**

**702 Deadline**                                             **March 1, 2023**

5.      As noted, the parties will be attending mediation in November.  For that reason and for the other reasons stated above, good cause exists to amend the Scheduling Order as noted.

6.      Because this is a joint motion, which is agreed-to and benefits both parties, no party will be prejudiced by this request.  There is also no trial date currently set, so this extension will not affect the trial date or other associated deadlines.  Finally, the parties do not believe this extension should affect the current pretrial conference scheduled for March 8, 2023.

7.      Pursuant to D.C.COLO.LVivR 6.1, Defendant's counsel has contemporaneously served this motion on Plaintiff's counsel via email.

**WHEREFORE**, the Parties request this Court enter an order granting an amendment of the scheduling order to extend the deadlines as set forth in paragraph 4 above.


Respectfully submitted this 1st day of September, 2022.


*/s/ Christopher D. Bryan*
Zachary D. Wagner
Christopher D. Bryan
Michael C. Helland
1001 17th Street, Suite 300
Denver, CO  80202
Phone: (303) 628-3300
Fax: (303) 628-3368
bryanc@hallevans.com
wagnerz@hallevans.com
hellandm@hallevans.com
**ATTORNEYS FOR DEFENDANTS
LOWE'S HOME CENTERS, LLC and
LOWE'S HIW, INC.**

_s/ Kristofer D.A. Hofstra_
Dallas D. Norton
Kristofer D.A. Hofstra
WESTERN STATES LAW, P.C.
14202 E. Evans Avenue
Aurora, CO 80014
kris@westernstateslaw.com
Phone No. (303) 400-8100
FAX No. (303) 632-8438
**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of September 2022, I electronically filed the foregoing **JOINT MOTION TO AMEND SCHEDULING ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to parties or counsel registered through ECF. In addition, I hereby certify that I have served via electronic mail the forgoing document to the following non-CM/ECF participants:

*Counsel for Plaintiff*:

Dallas D. Norton
Kristofer D.A. Hofstra
WESTERN STATES LAW, P.C.
14202 E. Evans Avenue
Aurora, CO 80014
kris@westernstateslaw.com
Phone No. (303) 400-8100
FAX No. (303) 632-8438

*/s/Olivia Erkhart*
Olivia Erkhart, Legal Assistant